# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

LORENE WILLIAMS,         )
       Plaintiff,       )
                    )
v.                    )
                    )
                    )     **JUDGMENT IN A CIVIL CASE**
BRUNSWICK COUNTY BOARD  )     **CASE NO. 7:08-CV-140-D**
OF EDUCATION,          )
       Defendant.    )

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Court GRANTS the Brunswick County Board of Education's Motion for Summary Judgment [D.E. 32], and the Clerk of Court is DIRECTED to close the case.

      **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 2, 2010**</u> WITH A COPY TO:

Romallus O. Murphy (via CM/ECF Notice of Electronic Filing)

Christine Scheef (via CM/ECF Notice of Electronic Filing)

<u>July 2, 2010</u>                          DENNIS P. IAVARONE, Clerk
Date                               Eastern District of North Carolina
                                     <u>/s/ Debby Sawyer</u>
                                     (By) Deputy Clerk

Raleigh, North Carolina